**Dismissed and Memorandum Opinion filed February 3, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00935-CR

---

**SHELTON ROBERT MODELIST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1419862**

---

### M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to a charge of deadly conduct. In accordance with the terms of a plea bargain agreement with the State, the trial court reduced the charge from a second degree felony, deferred adjudication of guilt, and placed appellant on deferred adjudication probation for four years. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b)